No. 72–846. BALL, DIRECTOR, DEPARTMENT OF AGRICULTURE OF MICHIGAN, ET AL. *v.* ARMOUR & CO. ET AL. C. A. 6th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 72–851. ONEIDA INDIAN NATION OF NEW YORK ET AL. *v.* COUNTY OF ONEIDA, NEW YORK, ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 72–943. FISHER ET AL. *v.* GRAVES ET AL. Appeal from D. C. Me. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 72–1026. DURHAM *v.* McLEOD, ATTORNEY GENERAL OF SOUTH CAROLINA, ET AL. Appeal from Sup. Ct. S. C. Motion to expedite consideration denied.

No. A–630 (72–1126). HATTERSLEY *v.* TEXAS. Ct. Crim. App. Tex. Application for stay and/or recall of mandate of Court of Criminal Appeals of Texas presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. 72–5401. CASON *v.* CITY OF COLUMBUS, 409 U. S. 1053. Appellee is directed to file a response to petition for rehearing and to motion for leave to supplement petition for rehearing within 30 days.

No. 72–510. FALKNER ET UX. *v.* BROWN, CHIEF JUDGE, U. S. COURT OF APPEALS. Motion to dispense with printing petition for writ of mandamus and respondent's brief granted. Motion for leave to file petition for writ of mandamus denied.